**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

ATM MAGFOOR RAHMAN SARKAR; et al.,

  Petitioners,

 v.

ERIC H. HOLDER, Jr., Attorney General,

  Respondent.

No. 09-74106

Agency Nos. A070-952-103
A070-952-104
A070-952-105
A070-952-106
A070-952-107

MEMORANDUM[*]

---

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Atm Magfoor Rahman Sarkar and his family, natives and citizens of

Bangladesh, petition for review of the Board of Immigration Appeals' ("BIA")

order denying their motion to reopen removal proceedings. We have jurisdiction

under 8 U.S.C. § 1252. We review de novo questions of law and for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion to reopen because they presented insufficient evidence to establish prejudice from the alleged ineffective assistance of their former counsel. *See Rojas-Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir. 2003) (presumption of prejudice rebutted where petitioner has not demonstrated plausible grounds of relief).

**PETITION FOR REVIEW DENIED.**